ORIGINAL
M w/order
Case 3:18-cv-00441-M   Document 8   Filed 10/31/18   Page 1 of 4   PageID 42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOEL CIAROCHI, M.D., M.B.A. AND THOMAS KENJARSKI, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS DIGESTIVE DISEASE CONSULTANTS, P.L.L.C., TDDC PARENT, P.A., STAR ANESTHESIA, P.A., PHYSICIANS JOHN/JANE DOE 1 THROUGH 50, AND CERTIFIED REGISTERED NURSE ANESTHETISTS JOHN/JANE DOES 1 THROUGH 50, <br><br> Defendants. | Civil Case No. 3:18-CV-0441-M <br><br> FILED IN SEALED CASE |

### UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL OF CASE UNDER THE FALSE CLAIMS ACT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America (United States) notifies the Court of its consent to dismissal, without prejudice as to the United States, of this *qui tam* case.

1. Relators filed this case on behalf of the United States under the *qui tam* provisions of the False Claims Act on February 22, 2018. On October 30, 2018, Relators filed a Notice of Voluntary Dismissal, whereby they voluntarily dismissed the False Claims Act case, noting the dismissal was without prejudice as to the United States.

2. The United States consents to the dismissal of this case without prejudice as to the United States.

3. The United States requests that only the Complaint, this consent, and the Court's accompanying Order be unsealed.

4. A proposed Order accompanies this Notice.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Lindsey Beran
LINDSEY BERAN
Assistant United States Attorney
Texas Bar No. 24051767
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8807
Email: lindsey.beran@usdoj.gov

Attorneys for the United States of America

CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2018, a copy of the foregoing pleading and proposed Order were mailed by first class mail to counsel for relators:

Christopher A. Payne
Tim Robinson
Christina Alstrin
Aaron Robinson
Payne Robinson, L.L.P.
9101 LBJ Freeway, Suite 760
Dallas, TX 75243

/s/ Lindsey Beran
LINDSEY BERAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCIT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOEL CIAROCHI, M.D., M.B.A. AND THOMAS KENJARSKI, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS DIGESTIVE DISEASE CONSULTANTS, P.L.L.C., TDDC PARENT, P.A., STAR ANESTHESIA, P.A., PHYSICIANS JOHN/JANE DOE 1 THROUGH 50, AND CERTIFIED REGISTERED NURSE ANESTHETISTS JOHN/JANE DOES 1 THROUGH 50, <br><br> Defendants. | Civil Case No. 3:18-CV-0441-M <br><br> <u>FILED IN SEALED CASE</u> |

ORDER

The United States of America (United States) having consented to Relators' Notice of Voluntary Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that this case is hereby dismissed without prejudice as to both the United States and Relators.

IT IS HEREBY ORDERED that the Complaint, the United States Consent to Dismissal, and the Court's accompanying Order be unsealed.

Order - Page 1

**SO ORDERED.**

Dated this _____ day of October, 2018.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**