IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCIT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOEL CIAROCHI, M.D., M.B.A. AND THOMAS KENJARSKI, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS DIGESTIVE DISEASE CONSULTANTS, P.L.L.C., TDDC PARENT, P.A., STAR ANESTHESIA, P.A., PHYSICIANS JOHN/JANE DOE 1 THROUGH 50, AND CERTIFIED REGISTERED NURSE ANESTHETISTS JOHN/JANE DOES 1 THROUGH 50, <br><br> Defendants. | Civil Case No. 3:18-CV-0441-M <br><br> <u>FILED IN SEALED CASE</u> |

ORDER

The United States of America (United States) having consented to Relators' Notice of Voluntary Dismissal of this case pursuant to 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS HEREBY ORDERED that this case is hereby dismissed without prejudice as to both the United States and Relators.

IT IS HEREBY ORDERED that the Complaint, the United States Consent to Dismissal, and the Court's accompanying Order be unsealed.

Order - Page 1

**SO ORDERED.**

Dated this __8__ day of ~~October~~ November, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE